# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Rd., Ste. 250
Melville, New York  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

October 29, 2021

**Via ECF**
Hon. Gary R. Brown
United States District Judge
United States District Court - Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                Re:    Pantaleon v. D'Addario & Company, Inc.
                      Case No.: 2:21-cv-04833 (GRB) (ST)

Dear Judge Brown:

      We represent Defendant D'Addario & Company, Inc. in connection with the above-referenced matter.  We write, jointly with Plaintiff's counsel, to advise the Court that the parties have reached a settlement in principle and are in the process of finalizing the terms of a settlement agreement.  Accordingly, the parties respectfully request all upcoming deadlines be adjourned *sine die* so that the parties can concentrate on finalizing the settlement agreement.

      We thank the Court for its time and consideration of this matter.

      Respectfully submitted,

      JACKSON LEWIS P.C.

      *David S. Greenhaus*

      David S. Greenhaus, Esq.

DSG/nml
cc:    Counsel of record for all parties (*via ECF*)

4854-1187-6353, v. 1