# JacksonLewis

Jackson Lewis P.C.
58 South Service Rd., Ste. 250
Melville, New York 11747
(631) 247-0404 Main
(631) 247-0417 Fax

jacksonlewis.com

October 29, 2021

FILED
CLERK
10:33 am, Nov 01, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**Via ECF**
Hon. Gary R. Brown
United States District Judge
United States District Court - Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Pantaleon v. D'Addario & Company, Inc.
Case No.: 2:21-cv-04833 (GRB) (ST)

Dear Judge Brown:

We represent Defendant D'Addario & Company, Inc. in connection with the above-referenced matter. We write, jointly with Plaintiff's counsel, to advise the Court that the parties have reached a settlement in principle and are in the process of finalizing the terms of a settlement agreement. Accordingly, the parties respectfully request all upcoming deadlines be adjourned *sine die* so that the parties can concentrate on finalizing the settlement agreement.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*David S. Greenhaus*

David S. Greenhaus, Esq.

DSG/nml
cc: Counsel of record for all parties (*via ECF*)

4854-1187-6353, v. 1

ORDER DISMISSING CASE: In light of the settlement in principle this case is hereby DISMISSED without prejudice to its reinstatement should the settlement not be consummated. Barring any further requests for an extension within 90 days of this order, this dismissal shall deemed with prejudice.
Dated: 11/1/2021
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.